IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 10-CV-00957-RPM

MOUNT VERNON FIRE INSURANCE COMPANY,

    Plaintiff,

v.

DELMER ZWEYGARDT;
LAVONNE ZWEYGARDT;
KATHLENE TOFT;
RAFAEL SALAZAR, Individually, as Personal Representative of the Estates of Yanira Salazar and Daniel Salazar;
VIVIAN SALAZAR, Minor, by and through her Parent and Next Friend RAFAEL SALAZAR;
LYANNA SALAZAR, Minor, by and through her Parent and Next Friend RAFAEL SALAZAR;
DYLAN ZWEYGARDT;
and 3-D RANCH, INC., a Colorado corporation.

    Defendants.
_____

## ORDER VACATING HEARING
_____

**THIS MATTER comes before the Court on the parties Unopposed Motion to Vacate Hearing, and the Court being fully advised, grants the Motion. The hearing set for October 22, 2010 at 3:00 p.m. is hereby vacated.**

**Dated: October 14th, 2010.**

                                                **BY THE COURT:**

                                                **s/Richard P. Matsch**
                                                _____
                                                **Richard P. Matsch, Senior District Judge**