IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00957-RPM

MOUNT VERNON FIRE INSURANCE COMPANY,

    Plaintiff,

v.

DELMER ZWEGARDT;
LAVONNE ZWEYGARDT;
KATHLEEN TOFT;
RAFAEL SALAZAR, Individually, as Pesonal Representative of the Estates of Yanira
    Salazar and Daniel Salazar;
VIVIAN SALAZAR, Minor, by and through her Parent and Next Friend RAFAEL SALAZAR;
LYANNA SALAZAR, Minor, by and through her Parent and Next Friend RAFAEL SALAZAR;
DYLAN ZWEYGARDT; and
3-D RANCH, INC.,

    Defendants.

_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal [29] filed today, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

    DATED: January 4th, 2011.

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____
                  Richard P. Matsch, Senior Judge